UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETERA MICALE CARLTON,            )
                                  )
            Petitioner,            )
                                  )
v.                                 )   Civil Action No. 18-2333 (UNA)
                                  )
MICHAEL D. SMITH,                  )
                                  )
            Respondent.            )

**MEMORANDUM OPINION**

Petitioner Petera Micale Carlton appears to challenge his conviction in and the sentence imposed by the United States District Court for the Eastern District of North Carolina. It further appears that the United States District Court for the Western District of Missouri transferred this matter to this Court in error. To the extent that there is a remedy available to the petitioner, he must present his claim to the sentencing court by motion under 28 U.S.C. § 2255. *See Taylor v. U.S. Bd. of Parole*, 194 F.2d 882, 883 (D.C. Cir. 1952). Because this Court lacks jurisdiction over this matter, the petition and this civil action will be dismissed. An Order is issued separately.

DATE: October 23, 2018

_____
United States District Judge